No. 117. CONTINENTAL ASSURANCE Co. *v.* TENNESSEE. See *ante,* p. 5.

No. —, original. EX PARTE DAVID H. JOHNSON;
No. —, original. EX PARTE MERRITT B. SCHUYLER;
No. —, original. EX PARTE CLARENCE M. BRUMMITT; and
No. —, original. EX PARTE M. J. CUSICK. October 21, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 11, original. KANSAS *v.* MISSOURI. October 21, 1940. The answer of the defendant is received and ordered filed. The motion to reconsider the order denying E. A. Cole leave to intervene is denied. See 310 U. S. 616.

No. 11, original. KANSAS *v.* MISSOURI. October 21, 1940. It is ordered that Dean G. Acheson, Esq., of Washington, D. C., be, and he is hereby, appointed Special Master in this cause.

No. 681, October Term, 1939. RAILROAD COMMISSION OF TEXAS ET AL. *v.* ROWAN & NICHOLS OIL Co. October 21, 1940.

It is ordered that the following sentence on page 4 of the opinion handed down June 3, 1940, 310 U. S. 580, be stricken from the opinion:

"Except where the jurisdiction rests, as it does not here, on diversity of citizenship, the only question open to a federal tribunal is whether the state action complained of has transgressed whatever restrictions the vague contours of the Due Process Clause may place upon the exercise of the state's regulatory power."